UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE CONWAY WOOD,<br><br>                  Plaintiffs,<br><br>     v.<br><br>KEITH YORDY, STEVE NELSON,<br>MIKE LUDLOW, *et al.*,<br><br>                  Defendants. | Case No. 1:07-cv-00350-EJL<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED:  **March 30, 2012**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**